UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-cr-75 |
| vs. | ) | |
| | ) | |
| KRISTI KELLY | ) | COLLIER/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 30, 2010, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

      (1)  AUSA Steve Neff for the USA.
      (2)  The defendant, Kristi Kelly.
      (3)  Attorney Hillary Hodgkins for defendant.
      (4)  Courtroom Deputy Kelli Jones.

The defendant was advised of the allegations contained in the Petition for Action on Conditions of Pretrial Release.

It was determined defendant had been provided with a copy of the Petition for Action on Conditions of Pretrial Release and had the opportunity of reviewing those documents with her attorney. The defendant was advised of her right to a hearing but waived the hearing and consented to the entry of an order finding that she had violated her conditions of release.

Based on the allegations of the petition and the waiver of the defendant, I find that defendant has violated her conditions of release. The defendant's bond conditions are revoked and she is ordered into custody to be detained without bail pending trial.

It is ORDERED that the defendant be DETAINED WITHOUT BAIL.

ENTER.

                           *s/William B. Mitchell Carter*
                           UNITED STATES MAGISTRATE JUDGE